**FILED**
November 28, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____ p3
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LATASHA MARIE EIVORY VAUGHN, ) <br> ) <br> Defendant. ) | Case No. CR S-05-440 DFL <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>LATASHA MARIE EIVORY VAUGHN</u>, Case No. <u>CR S-05-440 DFL</u>, Charge <u>18 USC § 1344 (2)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X Bail Posted in the Sum of $ _____

  X  Unsecured Appearance Bond $ _20,000.00_

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  __ Corporate Surety Bail Bond

  X (Other) _with Pretrial Supervision._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 28, 2005</u> at _3:25 p.m._

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal