```
QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant                          OK/HAV
LATASHA MARIE VAUGHN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-0440 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| LATASHA MARIE VAUGHN, | ) | Date: December 13, 2005 |
| | ) | Time: 10:00 A.M. |
| | ) | |
| | ) | Judge: Hon. David F. Levi |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of December 13, 2005 be vacated and a new date of January 12, 2006 at 10:00 a.m. be set for status.

Defense counsel has not yet received discovery from the government. Once discovery is received, counsel will need time to review it independently and with Ms. Vaughn. In addition, counsel needs time to investigate Ms. Vaughn's background and to discuss the legal and factual issues involved with her.

It is further stipulated and agreed between the parties that the

period beginning December 13, 2005 to January 12, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

December 8, 2005

```
                                    Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender


                                        /S/NED SMOCK
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    LATASHA MARIE VAUGHN


                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated:  December 8. 2005
                                        /S/ MICHELLE RODRIGUEZ
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

DATED: 12/13/2005

```
                                    _____
                                    DAVID F. LEVI
                                    United States District Judge
```

2