DENNIS WAKS, Bar #142581
Acting Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                         **OK/HAV**

Attorney for Defendant
LATASHA MARIE VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-0440 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| LATASHA MARIE VAUGHN, | ) | Date: February 23, 2006 |
| | ) | Time: 10:00 A.M. |
| | ) | |
| | ) | Judge: Hon. David F. Levi |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 26, 2006 be vacated and a new date of February 23, 2006 at 10:00 a.m. be set for change of plea.

Defense counsel is engaged in plea negotiations and finalizing investigation regarding the loss amount in the case.  In addition, defense counsel needs time to discuss the expected plea agreement with the defendant.

It is further stipulated and agreed between the parties that the period beginning January 26, 2006 to February 23, 2006, should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

January 23, 2006

                                         Respectfully submitted,

                                         QUIN DENVIR
                                         Federal Defender

                                         _____/S/NED SMOCK_____
                                         NED SMOCK
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         LATASHA MARIE VAUGHN

                                         MCGREGOR W. SCOTT
                                         United States Attorney

Dated:  January 23, 2006
                                         _____/S/ MICHELLE RODRIGUEZ___
                                         MICHELLE RODRIGUEZ
                                         Assistant U.S. Attorney

                                                    **ORDER**

    **IT IS SO ORDERED.**

DATED: 1/24/2006

_____
DAVID F. LEVI
United States District Judge