DANIEL BRODERICK, Bar #89424
Acting Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LATASHA MARIE VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0440 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| LATASHA MARIE VAUGHN, ) | Date: February 23, 2006 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |

     Plaintiff United States of America, by its counsel, Assistant United States Attorney Michelle Rodriguez, and defendant Latasha Marie Vaughn, by her counsel, Ned Smock, hereby stipulate and agree that the judgment and sentencing date now scheduled for May 25, 2006 be vacated and the case be rescheduled for judgment and sentencing on July 6, 2006 at 10:00 AM.

     This continuance is being requested by defense counsel because counsel will be out of the office during the week of May 22, 2006. Counsel for the government has long-scheduled vacation plans for the month of June.

     The parties have also agreed that the schedule of disclosure will be moved back as follows:

| | | |
|---|---|---|
| Proposed Presentence Report: | | 5/25/06 |
| Counsel's Written Objections: | | 6/8/06 |
| Pre-Sentence Report Filing Date: | | 6/15/06 |
| Motion for Correction: | | 6/22/06 |
| Reply, or Statement of Non-Opposition: | | 6/29/06 |
| Sentencing date: | | 7/6/06 |

March 23, 2006

          Respectfully submitted,

          DANIEL BRODERICK
          Acting Federal Defender

          /S/NED SMOCK
          NED SMOCK
          Assistant Federal Defender
          Attorney for Defendant
          LATASHA MARIE VAUGHN

          MCGREGOR W. SCOTT
          United States Attorney

Dated: March 23, 2006

          /S/ MICHELLE RODRIGUEZ
          MICHELLE RODRIGUEZ
          Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: 3/23/2006

_____
DAVID F. LEVI
United States District Judge

2